702 A.2d 1284

JOSEPH WOLFERSBERGER, JR., PLAINTIFF–APPELLANT,
v. BOROUGH OF POINT PLEASANT BEACH,
DEFENDANT–RESPONDENT.

Argued September 22, 1997—Decided October 22, 1997.

*Stephen B. Hunter* argued the cause for appellant (*Klausner & Hunter*, attorneys; *Mr. Hunter* and *David L. Rosenberg*, on the brief).

*Diana L. Anderson* argued the cause for respondent (*Hiering, Hoffman & Gannon*, attorneys).

*Paul L. Kleinbaum* argued the cause for amicus curiae, New Jersey State Policemen's Benevolent Association (*Zazzali, Zazzali, Fagella & Nowak*, attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 305 *N.J.Super.* 446, 702 *A.2d* 1294 (1996).

*For affirmance*—Chief Justice PORITZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed*—None.